UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | Case No. 23-cr-43-9 (TNM) |
| v. : | |
| : | |
| MILTON BENJAMIN : | |
| GUEVARA-VILLATORO, : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE STATUS HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorney, the Interim United States Attorney for the District of Columbia, and Defendant Milton Benjamin Guevara-Villatoro (hereafter, the "Defendant"), by and through his attorney Kevin Wilson, Esq. (collectively, the "Parties"), respectfully submit this Joint Motion to Continue Status Hearing and Exclude Time under the Speedy Trial Act until the next status conference in this matter, July 3, 2025.  In support thereof, the Parties respectfully state as follows:

1. The United States has extended the Defendant a plea offer that will expire at the next hearing, originally scheduled for June 13, 2025.  On June 5, 2025, the Parties jointly requested a continuance of the June 13, 2025 status conference to provide the Defendant additional time to consider the plea offer.  The Parties understand that the Court is available for a continued status conference on July 3, 2025, at 10:00 a.m.

2. The Parties now respectfully move this Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), to formally continue the status hearing and exclude time between June 13, 2025, and July 3, 2025, under the Speedy Trial Act.  The ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial insofar as it will

1

provide the Parties more time to discuss a potential global pre-trial resolution in the instant matter and the Defendant's other case, 21-cr-185 (RDM).

WHEREFORE, the Parties respectfully request that the Court continue the status conference to July 3, 2025, and issue an Order excluding all time from the calculation of time, pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A), from June 13, 2025, until the next hearing in this matter, July 3, 2025.

Respectfully submitted,

Jeanine Ferris Pirro
Interim United States Attorney

*Counsel for the Defendant*
Kevin Wilson, Esq.
Law Office of Kevin Wilson, PLLC
2 Wisconsin Circle Ste. 700
Chevy Chase, MD 20815
kevin@kevinewilsonlaw.com

By: */s/ Sitara Witanachchi*
Sitara Witanachchi
D.C. Bar No. 1023007
William G. Hart
D.C. Bar No. 1029325
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 23-cr-43-9 (TNM)** |
| **v.** : | |
| **MILTON BENJAMIN** : | |
| **GUEVARA-VILLATORO,** : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Joint Motion to Continue Status Hearing and Exclude Time Pursuant to the Speedy Trial Act (hereafter, the "Motion"), and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the June 13, 2025 status hearing is continued to July 3, 2025, at 10:00 a.m.; and it is further

**ORDERED** that the time between June 13, 2025, and July 3, 2025, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweigh the bests interests of the public and the Defendant in a speedy trial as a continuance will provide the parties additional time to discuss a potential pretrial resolution of this case.

_____
HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE

1